No. 81–979.  TABCOR SALES CLEARING, INC., ET AL. *v.* DEPARTMENT OF THE TREASURY ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–981.  DEMA ET AL. *v.* INTERNAL REVENUE SERVICE.  C. A. 7th Cir.  Certiorari denied.

No. 81–985.  MORRONE *v.* UNITED STATES; and TURCHI *v.* UNITED STATES; and
No. 81–5874.  KESTER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  Reported below: 672 F. 2d 905.

No. 81–999.  HAWG-N-ACTION, INC. *v.* TRUSTEES OF THE TEAMSTERS CONSTRUCTION WORKERS LOCAL NO. 13 HEALTH & WELFARE TRUST FUND FOR COLORADO ET AL. C. A. 10th Cir.  Certiorari denied.

No. 81–1016.  AKERS *v.* UNITED STATES; and
No. 81–1017.  KENDALL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 655 F. 2d 199.

No. 81–1021.  ZINSER ET AL. *v.* PALMBY ET AL.; and
No. 81–1036.  CLEVELAND *v.* PALMBY ET AL.  C. A. 10th Cir.  Certiorari denied.  Reported below: 660 F. 2d 754.

No. 81–1023.  LOCAL 359, UNITED SEAFOOD WORKERS, SMOKED FISH & CANNERY UNION *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 81–1026.  RUPPERT *v.* OHIO.  Ct. App. Ohio, Butler County.  Certiorari denied.

No. 81–1037.  ISRAEL & RALEY *v.* FUTURONICS CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.